UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEY FIRSOV,<br>Plaintiff,<br>v.<br>UNITED AIRLINES, INC., et al.,<br>Defendants. | Case No. 26-cv-06162-AGT<br><br>**ORDER ON MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 7 |

For the reasons stated in the Court's August 13, 2026, order in *Firsov v. Scandinavian Airlines System Denmark-Norway-Sweden*, No. 26-cv-08076-AGT, Dkt. 123, the Court denies Plaintiff's motion for reconsideration of the Court's July 22, 2026, order denying his *in forma pauperis* application. Plaintiff must pay the filing fee in this action by August 21, 2026. If he fails to do so, the Court will dismiss this action without prejudice.

**IT IS SO ORDERED.**

Dated: August 14, 2026

Alex G. Tse
United States Magistrate Judge