FILED
RECEIVED
FILED
SEP 14 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Sergey Firsov
1418 Bellevue Ave, #215,
Burlingame, CA 94010
(650) 210-6804
sfirsov1972@gmail.com
IN PRO PER

NORTHERN CALIFORNIA DISTRICT COURT
SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| Sergey Firsov,<br><br>Plaintiff,<br><br>vs.<br><br>United Airlines, Inc et al<br><br>Defendants | Case: 26-cv-06162-AGT<br><br>NOTICE OF MOTION AND EMERGENCY MOTION FOR O.S.C. IN COMPEL COURT TO ISSUE SUMMONS<br><br>DEPARTMENT A<br>DATE: 09/25/2026<br>TIME: 10:00AM |

Please take a NOTICE that on 09/25/2026 at 10AM or soon in Department A of this court Plaintiff will and hereby does move the court for an Order for O.S.C. in compel court to issue Summons.

STATEMENT OF FACTS

1. Plaintiff paid on 09/10/2026.

2. Clerks refused to issue Summons due slow work of Financial department.

MEMORANDUM OF POINT AND AUTHORITIES

Under FRCP Rule 4 the clerk must sign, seal and issue a properly completed summons to the plaintiff immediately on or after the filing of a complaint. So, Clerks and Financial departments must appear on hearing and show cause why payment was not posted immediately in case. Court must enforce own order IMMEDIATELY.

## ARGUMENTS

Under All Writs Act (28 U.S.C. § 1651) Writ of Mandamus can be filed in higher court to force lower court to at faster. 10 days delay in issuing Summons is not acceptable for federal entity.

## LEGAL ARGUMENTS

In cases "Lopez vs Hanson" and "Decoteau vs Houston" court granted motion to compel to issue Summons.

## CONCLUSION

Court must issue OSC for clerks and financial department why payment was not posted in case onetime and issue Summons.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate to the best of my knowledge.

Dated: September 10, 2026 Sergey Firsov / IN PRO PER

# EXHIBIT A

**From:** notification@pay.gov
**Subject:** Pay.gov Payment Confirmation: NDCA California Northern Pro Se Filing Fees
**Date:** September 10, 2026 at 1:32 PM
**To:** sfirsov1972@gmail.com

N

An official email of the United States government

Pay.gov®

Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact CAND Finance at 415-522-4621 or CAND_Finance@cand.uscourts.gov.

Application Name: NDCA California Northern Pro Se Filing Fees
Pay.gov Tracking ID: 285SI6KT
Agency Tracking ID: 77507520203
PayPal Transaction ID: 0JS22603LF834703J
Transaction Type: Sale
Transaction Amount: $405.00
Transaction Date: 09/10/2026 04:31:35 PM EDT
Payment Method: PayPal

Payor First and Last Name: Sergey Firsov
Payor Phone Number: (650) 210-6804
Payor Email Address: sfirsov1972@gmail.com
For the benefit of:
Case Number: 3:26-CV-006162
Payment Purpose: Civil Case

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

Sergey Firsov
1418 Bellevue Ave, #215,
Burlingame, CA 94010
(650) 210-6804
sfirsov1972@gmail.com
IN PRO PER

NORTHERN CALIFORNIA DISTRICT COURT
SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| SERGEY FIRSOV,<br><br>Plaintiff,<br><br>vs.<br><br>United Airlines, Inc et al<br><br>Defendants | Case: 26-cv-06162-AGT<br><br>[PROPOSED] ORDER<br><br>DEPARTMENT A |

Plaintiff filed Emergency Motion to OSC on clerks and financial department in issue Summons.

Motion is GRANTED.

cClerks and financial department must show cause why filing fee has not been posted in case ontime and Summons was not issued.

Dated: September ____, 2026 judge: Alex G. Tse